

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2022

No. 04-22-00177-CR

Kevin **DEBNAM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR6484
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's brief was originally due May 13, 2022. On May 17, 2022, appellant filed a motion requesting an extension of that deadline until June 16, 2022. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by JUNE 16, 2022.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court